IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>         Plaintiff,<br><br>    v.<br><br>Sabrina H. Choe, Individually<br>and d/b/a Apple Café,<br><br>         Defendant.<br>_____ | 2:12-cv-00881-GEB-GGH<br><br><u>ORDER CONTINUING STATUS</u><br><u>(PRETRIAL SCHEDULING)</u><br><u>CONFERENCE</u> |

    Plaintiff states in his Status Report filed July 9, 2012: "Defendant has been served, but has not answered. Plaintiff received a letter from Defendant['s] Counsel on May 29, 2012 and replied to said letter; however, there has been no further contact. Plaintiff may file for default within the next 30 days."(ECF No. 7, 2:12-17.)

    Plaintiff shall take the steps necessary to prosecute this action as a default matter. No later than August 31, 2012, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter or Show Cause in a writing filed why this action should not be dismissed for failure of prosecution. This action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to timely respond to this Order.

    Further, the status conference scheduled for hearing on July 23, 2012, is continued to commence at 9:00 a.m. on January 28, 2013. A status report shall be filed fourteen (14) days prior to the status

1  conference in which Plaintiff is required to explain the status of the
2  default proceedings.
3          IT IS SO ORDERED.
4  Dated:  July 16, 2012

                                _____
                                GARLAND E. BURRELL, JR.
                                Senior United States District Judge